IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THOMAS LEE CHESTER,           )
                              )
            Plaintiff,        )
                              )
VS.                           )          CIVIL ACTION NO.
                              )
DENIS R. MCDONOUGH and DEPT.  )          3:23-CV-2610-G-BT
VETERANS AFFAIRS,             )
                              )
            Defendants.       )

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court. The plaintiff's motion for leave to proceed *in forma pauperis* (docket entry 5) is **DENIED**. The plaintiff is **ORDERED** to pay the $405.00 filing fee by **September 19, 2024**, or his case will be dismissed under Federal Rule of Civil Procedure 41(b).

    **SO ORDERED**.

August 19, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**